428 A.2d 242

Commonwealth v. Hudy, Appellant.

 Submitted November 14, 1979. S. R. DiFrancesco, Sr., for appellant; Gerard Long, District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.